UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| WILLIAM K. BRADY | ) | CASE NO. 05-71660 |
| PATRICE BRADY | ) | |
| | ) | |
| Debtor(s). | ) | |

### ORDER OF DISMISSAL

THIS MATTER coming before the Court on the Motion to Dismiss for Failure to Make Plan Payments filed <u>September 4, 2009</u> by Lydia S. Meyer, the Standing Chapter 13 Trustee for the Northern District of Illinois, Western Division and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that this case be and the same is hereby dismissed.

Dated: NOV 0 6 2009

_____
BANKRUPTCY JUDGE

LYDIA S. MEYER, Trustee
308 West State Street, Suite 212
Post Office Box 14127
Rockford, IL 61105-4127
Telephone: 815/968-5354
Fax: 815/968-5368